IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

YUK CHUN KWONG                                              PETITIONER

V.                              CIVIL ACTION NO. 5:25-cv-152-DCB-RPM

RAFAEL VERGARA                                             RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Myers's Report and Recommendation ("Report") [ECF No. 16], which recommends that Petitioner Kwong's 28 U.S.C. § 2241 Petition [ECF No. 1] be granted. Judge Myers recommends that this Court grant relief because, under Zadvydas v. Davis, 533 U.S. 678 (2001), continued detention is not authorized once removal is no longer reasonably foreseeable. Detention beyond six months is presumptively unreasonable unless the government can show removal is likely in the near future. Clark v. Martinez, 543 U.S. 371, 378 (2005) (quoting Zadvydas, 533 U.S. at 701). As Judge Myers illustrates, Petitioner has been detained for approximately sixteen months, which is well beyond the six month benchmark. [ECF No. 16] at 8. Respondent does not dispute that Petitioner's detention exceeds this period, nor has the government presented evidence that removal is significantly likely in the reasonably foreseeable future. Id. The Report was entered on July 13, 2026, and objections were due by July 27, 2026. No party has objected to the Report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Petitioner's 28 U.S.C. § 2241 Petition, and Judge Myers's Report, finds that Petitioner's 28 U.S.C. § 2241 petition [ECF No. 1] should be granted. The Court adopts Judge Myers's findings and conclusions in full. The Court need not address Petitioner's remaining arguments.

Accordingly,

The Court agrees with Judge Myers's recommendation. The Report [ECF No. 16] is hereby ADOPTED. The Court further orders United States Immigration and Customs Enforcement to remove or release Petitioner pending effectuation of his removal subject to the previous order of supervision or another appropriate order of supervision, to be determined by United States Immigration and Customs Enforcement, within 30 days of the Court's order granting the Petition for Writ of Habeas Corpus.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 28th day of July, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE