IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

YUK CHUN KWONG PETITIONER

V. CIVIL ACTION NO. 5:25-cv-152-DCB-RPM

RAFAEL VERGARA RESPONDENT

**FINAL JUDGMENT**

In accordance with the Court's Order entered this day and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Petitioner's 28 U.S.C. § 2241 Petition [ECF No. 1] is GRANTED.
2. The Court adopts in full the Report and Recommendation of Judge Myers [ECF No. 16].
3. United States Immigration and Customs Enforcement is ORDERED to remove or release Petitioner pending effectuation of his removal, subject to the previous order of supervision or another appropriate order of supervision to be determined by United States Immigration and Customs Enforcement, within thirty (30) days of the date of this Judgment.
4. The Court need not address Petitioner's remaining arguments.
5. This case is hereby CLOSED.

SO ORDERED, this the 28th day of July, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE